ROSEMARY GAVIGAN BIS, Appellant, v CITY OF BUFFALO et al., Respondents. [813 NYS2d 690]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Kevin M. Dillon, J.), entered July 5, 2005. The order and judgment granted defendants' motion for summary judgment dismissing the first amended complaint.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

FIRST UNUM LIFE INSURANCE COMPANY, Respondent, v ROBERT LITTLE, M.D., Appellant. (Appeal No. 1.) [813 NYS2d 330]—Appeal from an order of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered February 24, 2005. The order granted plaintiff's motion for summary judgment, rescinded the disability insurance policy issued by plaintiff to defendant and dismissed defendant's counterclaim.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.*, 147 AD2d 977 [1989]). Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

FIRST UNUM LIFE INSURANCE COMPANY, Respondent, v ROBERT LITTLE, M.D., Appellant. (Appeal No. 2.) [813 NYS2d 689]—Appeal from a judgment of the Supreme Court, Monroe County (Thomas A. Stander, J.), entered March 14, 2005. The judgment rescinded the disability insurance policy issued by plaintiff to defendant and dismissed defendant's counterclaim.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs. Present—Hurlbutt, J.P., Scudder, Kehoe, Gorski and Hayes, JJ.

JOHN MCKINLEY, Respondent, v MICHELE LANZONE et al., Defendants, and LISA EDDINGTON, Appellant. [813 NYS2d 689]—Appeal from an order of the Supreme Court, Monroe County (David D. Egan, J.), entered February 25, 2005 in a personal injury action. The order granted plaintiff's motion to set aside the jury verdict and granted a new trial on the issue of liability.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs. Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Hayes, JJ.